# Unitcd States District Court
# District of Minnesota

McKesson HBOC, Inc.

Plaintiff(s),

**JUDGMENT BY DEFAULT**

-vs-

Civil No. 01-2149JRT/RLE

Ekeren Drug, Inc. and Robert Ekeren

Defendant(s)

---

Affidavit of default, disbursements, identification and non-military service having been filed by plaintiff's attorney, and

It appearing that the above-named defendant has been duly served with process, that more than twenty (20) days have elapsed since said service, and that said defendant has failed to appear or plead in this cause;

Now on motion of said plaintiff's attorney, a default is hereby entered and it is

CONSIDERED, ORDERED AND ADJUDGED that the above-named plaintiff do have and recover of and from said defendants the sum of $88,419.65 plus prejudgment interest, costs and disbursements as allowed by law..

RICHARD D. SLETTEN, CLERK

DATED: February 1, 2001

By Denise La Fond
Denise LaFond, Deputy Clerk

| | |
|---|---|
| Principal/Damages | $ 88,419.65 |
| **TOTAL JUDGMENT** | $ 88,419.65 |

4